IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SETH FLETCHER,** | Case No. 2:20-cv-1912 |
| Plaintiff, | |
| v. | Judge Michael H. Watson |
| | Magistrate Judge Deavers |
| **CORRECTIONAL OFFICER DUSTIN KNOX, et al.,** | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF DEFENDANTS ERIC ANDERSON, CHAD BROWN AND KEVIN LAWHORN ONLY

In accordance with the provisions of Fed. Civ. Proc. R. 41(a)(1)(A)(ii), Plaintiff, Seth Fletcher, and Defendants, Eric Anderson, Chad Brown and Kevin Lawhorn, stipulate and agree that Defendants Anderson, Brown and Lawhorn are hereby dismissed as Defendants to this matter, without prejudice.  This action remains pending against all other Defendants as set forth in the Third Amended Complaint (ECF No. 52).

The parties further stipulate and agree that the Motion for Summary Judgment of Defendants Anderson, Brown and Lawhorn (ECF No. 92) is moot by reason of this stipulated dismissal, subject to re-filing if Plaintiff re-files this action against them within the time permitted by law.

Respectfully submitted,

*/s/ James J. Harrington, IV*
**JAMES J. HARRINGTON, IV (P65351)**
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI 48075
T: (248) 355-5555; F: (248) 355-5148
j.harrington@fiegerlaw.com

**NICHOLAS A. DICELLO 0075745)**
**JEREMY A. TOR (0091151)**
Spangenberg Shibley & Liber, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
T: (216) 696-3232; F: (216) 696-3924
ndicello@spanglaw.com

Counsel for Plaintiff, Seth Fletcher


**DAVE YOST**
Ohio Attorney General
/s/ *Charles A. Schneider*
**CHARLES A. SCHNEIDER (0005821)***
 *Lead Trial Attorney*
**KELLY BROGAN (0093891)**
**MARGARET S. MOORE (0096813)**
Assistant Attorneys General
Criminal Justice Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
T: (614) 728-7055; F: (614) 728-9327
Charles.Schneider@OhioAGO.gov
Kelly.Brogan@OhioAGO.gov
Margaret.Moore@OhioAGO.gov

**ANNE BERRY STRAIT (0012256)**
Assistant Attorney General
Court of Claims Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
T: (614) 466-7447; F: (866) 490-2824
Anne.Strait@OhioAGO.gov

Counsel for Defendants

{01179161.DOCX}