IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF THE OHIO EASTERN DIVISION

SETH FLETCHER,

    Plaintiff,

v

CORRECTIONAL OFFICER, DUSTIN KNOX,
CORRECTION OFFICER CHRISTOPHER COY,
CAPT. TA-RANCE WHITE, CAPT. C. BROWN,
LT. RANDOLPH HESTER, LT. NATHAN VARNER,
LT. K. LAWHORN, CORRECTIONAL OFFICER
CHRIS MCGUIRE, CORRECTIONAL OFFICER DANIEL
LAMBERT, CORRECTIONAL OFFICER J. MULLET,
CORRECTIONAL OFFICER D. BREYFOGLE,
KRISTA WOOTEN, RN, ERIC ANDERSON, PH.D.,
CORRECTIONAL OFFICER GARRETT OSBON,
CORRECTIONAL OFFICER SUMMER ALLEY,
CORRECTIONAL OFFICER COLT POSEY,
CORRECTIONAL OFFICER TREVOR HENSHAW,
CORRECTION OFFICER TRACEY MESSER,
CORRECTIONAL OFFICER TYLER PAYNE,
CORRECTIONAL OFFICER JORDAN CLARK,
CORRECTIONAL OFFICER DILLON GRAVES,
ESTHER RAFFERTY, RN, and MASON JONES, RN,

    Defendants.

Case No. 2:20-cv-1912
Hon. Michael H. Watson
Mag. Judge Deavers

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON, IV (P65351)<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>Attorneys for Plaintiff<br>19390 West 10 Mile Rd.<br>Southfield, MI 48075<br>(248) 355-5555<br>Fax: (248) 355-5148 | CHARLES A. SCHNEIDER (0005821)<br>MARGARET S. MOORE (0005821)<br>KELLY N. BROGAN (0093891)<br>Asst. Atty. General, Criminal Justice Section<br>Attorneys for Defendants<br>30 E. Broad St., 23rd Fl.<br>Columbus, OH 43215<br>(614) 728-7055<br>Fax: (614) 728-9327 |
| NICHOLAS A. DICELLO (0075745)<br>JEREMY A. TOR (0091151)<br>Spangenberg, Shibley & Liber, LLP<br>Co-Counsel for Plaintiff<br>1001 Lakeside Ave. E., Ste. 1700<br>Cleveland, OH 44114<br>(216) 696-3232<br>Fax: (216) 696-3924 | ANNE BERRY STRAIT (0012256)<br>Assistant Attorney General<br>Court of Claims Section<br>Attorney for Defendants<br>30 E. Broad St, 16th Fl.<br>Columbus, OH 43215<br>(614) 466-7447<br>Fax: (866) 490-2824 |

{01192768.DOCX}

## **NOTIFICATION OF SETTLEMENT**

PLEASE TAKE NOTICE that the above captioned matter has settled between all parties in the amount of Seventeen Million Five Hundred Thousand Dollars ($17,500,000.00).

Respectfully submitted by:

/s/ James J. Harrington, IV
JAMES J. HARRINGTON, IV (P65351)
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555
Fax: (248) 355-5148
j.harrington@fiegerlaw.com,

s/ Nicholas A. DiCello
NICHOLAS A. DICELLO (0075745)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
ndicello@spanglaw.com

*Counsel for Plaintiff*

Dated:  November 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/ James J. Harrington, IV*
**James J. Harrington, IV**

{01192768.DOCX}